*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
FULTON, CRISFIELD, and HITESMAN,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Dakota N. WALKER**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 201900030**

Decided: 29 May 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judges: Major John Ferriter, USMC (arraignment); Lieutenant Colonel John P. Norman, USMC (trial). Sentence adjudged 14 November 2018 by a general court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, forfeiture of all pay and allowances, confinement for 24 months,[1] and a bad-conduct discharge.

For Appellant: Lieutenant Commander Derek C. Hampton, JAGC, USN (RC).

For Appellee: Brian K. Keller, Esq.

---

[1] The Convening Authority suspended confinement in excess of 12 months pursuant to a pretrial agreement.

―――――――――――――――

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

―――――――――――――――

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court